```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/20/15
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
DANIEL CORTES et al.,

                                  Plaintiffs,

                -v-

NEW CREATORS, INC. et al.,

                                  Defendants.
------------------------------------------------------------------ X

15 Civ. 5680 (PAE)

<u>OPINION & ORDER</u>

PAUL A. ENGELMAYER, District Judge:

    WHEREAS the plaintiffs having made an application to implement a court-supervised notification to the putative class members under 29 U.S.C. § 216(b); and

    WHEREAS the Court having read and considered the proposed Notice of Opportunity to Join a Lawsuit and Consent to Become a Party Plaintiff forms; and

    WHEREAS the Court finding that there exists substantial and sufficient grounds for entering this Order;

    IT IS HEREBY ORDERED THAT:

1. Within two weeks of this Order, plaintiffs' counsel shall mail by first class the Notice and Consent forms to:

   **All current and former employees who worked at Sasabune located at 401 East 73rd Street, New York, New York, as a sushi chef, server and/or kitchen employee, who were not paid time and one-half for any work performed in excess of 40 hours per week at any time from three years prior to the date of this Notice to the present.**

2. Within two days of this Order, defendant Takahashi shall post a copy of the Notice and Consent forms in a conspicuous place at Sasabune.

3. The Notice and Consent forms shall be published in English, Spanish, and Japanese.

4. The Court approves the form of the Notice and Consent forms, and finds that the mailing of such in the manner and form set forth in Paragraphs 1–3 this Order will constitute the best notice practicable under the circumstances to members of the Class.

SO ORDERED.

*Paul A. Engelmayer*

Paul A. Engelmayer
United States District Judge

Dated: November 20, 2015
       New York, New York