```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/8/16
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
DANIEL CORTES et al.,                                       :
                                                            :        15 Civ. 5680 (PAE)
                              Plaintiffs,                   :
                                                            :        OPINION & ORDER
        -v-                                                 :
                                                            :
NEW CREATORS, INC. et al.,                                  :
                                                            :
                              Defendants.                   :
                                                            :
------------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge:

      The Court has received the parties' letter raising several discovery disputes. Dkts. 55, 56. Both parties request a hearing before the Court to resolve these disputes. Because the Court will be out of town next week, it refers the discrete disputes identified in the parties' letters to the Honorable Andrew J. Peck, United States Magistrate Judge, for resolution. The parties are directed to contact Judge Peck to schedule a conference forthwith.

SO ORDERED.

                                                      *Paul A. Engelmayer*
                                                     Paul A. Engelmayer
                                                     United States District Judge

Dated: January 8, 2016
       New York, New York